```
 1 | STROOCK & STROOCK & LAVAN LLP
   | STEPHEN J. NEWMAN (State Bar No. 181570)
 2 | MARIAN K. SELVAGGIO (State Bar No. 224072)
   | 2029 Century Park East, Suite 1800
 3 | Los Angeles, California  90067-3086
   | Telephone: 310-556-5800
 4 | Facsimile: 310-556-5959
 5 | HAYNSWOTH SINKLER BOYD, P.A.
   | DAMON C. WATSON (State Bar No. 187886)
 6 | 1201 Main Street, Suite 2200
   | P.O. Box 11889
 7 | Columbia, South Carolina  29211-1889
   | Telephone: 803-540-7838
 8 | Facsimile: 803-765-1243
 9 | Attorneys for Defendant
   |   SubscriberBASE, Inc.
```

**FILED**
JUN - 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSTART TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SUBSCRIBERBASE, INC., a South Carolina corporation,<br><br>Defendant. | Case No. C 05 00013 MHP<br><br>(Assigned to Hon. Marilyn H. Patel)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE TIME TO RESPOND TO COMPLAINT AND SCHEDULING OF CASE MANAGEMENT CONFERENCE<br><br>Action Filed: January 3, 2005<br>Trial Date: None set |

50290275v1

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
AND SCHEDULING OF CASE MANAGEMENT CONFERENCE – C-05-00013 MHP

1  WHEREAS, this action was filed on January 3, 2005; and

2  WHEREAS, Defendant's response to the Complaint presently is due on
3  June 3, 2005 (having previously been due on May 26); and

4  WHEREAS, a Case Management Conference is currently scheduled for
5  June 27, 2005; and

6  WHEREAS, Defendant desires additional time to investigate the matters
7  described in the Complaint; and

8  WHEREAS, Plaintiff does not oppose Defendant's request for additional time;
9  and

10  WHEREAS, this Stipulation is made in good faith and without purpose of
11  delay;

12  NOW, THEREFORE, the parties, by and through counsel, stipulate and agree
13  as follows:

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

50290275v1                                  - 2 -
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
AND SCHEDULING OF CASE MANAGEMENT CONFERENCE – C-05-00013 MHP

1  Defendant's time to respond to the Complaint is hereby extended to July
2  5, 2005. Defendant reserves all its defenses to the Complaint, and may respond by
3  answer, motion or otherwise, to the extent allowable by applicable law.
4  The Case Management Conference shall be continued to a date approximately
5  30 days from June 27, 2005, as may be convenient to the Court.

6  Dated: *May 31*, 2005

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
MARIAN K. SELVAGGIO

HAYNSWOTH SINKLER BOYD, P.A.
DAMON C. WATSON

By: /s/ Stephen J. Newman
    Stephen J. Newman

Attorneys for Defendant
SubscriberBASE, Inc

Dated:  _____, 2005

PERKINS COIE LLP
LISA KOBIALKA
ROBERT MATZ

By: _____
    Lisa Kobialka

Attorneys for Plaintiff
Jumpstart Technologies LLC

50290275v1

- 3 -

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
AND SCHEDULING OF CASE MANAGEMENT CONFERENCE – C-05-00013 MHP

Defendant's time to respond to the Complaint is hereby extended to July 5, 2005. Defendant reserves all its defenses to the Complaint, and may respond by answer, motion or otherwise, to the extent allowable by applicable law.

The Case Management Conference shall be continued to a date approximately 30 days from June 27, 2005, as may be convenient to the Court.

Dated: _____, 2005

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
MARIAN K. SELVAGGIO

HAYNSWOTH SINKLER BOYD, P.A.
DAMON C. WATSON

By: _____
Stephen J. Newman

Attorneys for Defendant
SubscriberBASE, Inc

Dated: May 31, 2005

PERKINS COIE LLP
LISA KOBIALKA
ROBERT MATZ

By: _____
Lisa Kobialka
ROBERT MATZ

Attorneys for Plaintiff
Jumpstart Technologies LLC

S0290275v1

-3-

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT AND SCHEDULING OF CASE MANAGEMENT CONFERENCE – C-05-00013 MHP

# [PROPOSED] ORDER

IT IS SO ORDERED. The Case Management Conference currently scheduled for June 27, 2005, is continued to August 8, 2005 at 4:00 p.m. A Case Management Conference report shall be filed on August 1, 2005.

Dated: 6/2/05

The Honorable Marilyn H. Patel
United States District Judge