STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
MARIAN K. SELVAGGIO (State Bar No. 224072)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

HAYNSWOTH SINKLER BOYD, P.A.
DAMON C. WATSON (State Bar No. 187886)
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, South Carolina 29211-1889
Telephone: 803-540-7838
Facsimile: 803-765-1243

Attorneys for Defendant
SubscriberBASE, Inc.

**FILED**

AUG 1 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUMPSTART TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SUBSCRIBERBASE, INC., a South Carolina corporation,<br><br>Defendant. | Case No. C 05 00013 MHP<br><br>(Assigned to Hon. Marilyn H. Patel)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER VENUE<br><br>Action Filed: January 3, 2005<br>Trial Date: None set |

- 0 -
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

50297357v1

1   WHEREAS, this action was filed on January 3, 2005; and

2   WHEREAS, on July 5, 2005 Defendant filed a motion to transfer venue to the
3   United States District Court for the District of South Carolina; and

4   WHEREAS, Plaintiff does not oppose said motion to transfer venue; and

5   WHEREAS, the parties, by the signatures of their counsel on this Stipulation,
6   stipulate and agree that this cause should be transferred to the United States District
7   Court for the District of South Carolina, Columbia Division; and

8   WHEREAS, this Stipulation is made in good faith and without purpose of
9   delay;

10  NOW, THEREFORE, the parties, by and through counsel, stipulate and agree
11  as follows:

12  1.   The matter is to be transferred to the United States District Court for the
13  District of South Carolina, Columbia Division, a district in which it could have been
14  brought originally;

15  2.   All scheduling and other pretrial conferences are set off calendar;

16  3.   The parties reserve all their rights with regard to the Complaint and the
17  pending 12(b)(6) motion;

18  4.   The parties will meet and confer regarding the 12(b)(6) motion to
19  determine whether the Complaint will be amended or the motion will be set for
20  hearing; and

- 1 -
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT

50297357v1

5.  The Clerk of this Court will transmit the complete file in this case to the United States District Court for the District of South Carolina, Columbia Division, together with a certified copy of this Order.

Dated: August 8, 2005

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
MARIAN K. SELVAGGIO

HAYNSWOTH SINKLER BOYD, P.A.
DAMON C. WATSON

By: /s/ Marian K. Selvaggio
Marian K. Selvaggio

Attorneys for Defendant
SubscriberBASE, Inc.

Dated: August 8, 2005

PERKINS COIE LLP
LISA KOBIALKA
ROBERT MATZ

By: /s/ Lisa Kobialka
Lisa Kobialka

Attorneys for Plaintiff
Jumpstart Technologies LLC

[PROPOSED] ORDER

IT IS SO ORDERED

Dated: 8/9/05

The Honorable Marilyn H. Patel
United States District Judge

- 2 -
STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COMPLAINT
50297357v1